**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. and CITIGROUP INC.,<br><br>Petitioners,<br><br>v.<br><br>JULIA CARREON,<br><br>Respondent. | Civil Action No. 1:26-cv-194-ADA-DH |

**PETITIONERS' OPPOSED MOTION FOR LEAVE TO FILE PROPOSED**
**SUR-REPLY IN OPPOSITION TO RESPONDENT'S MOTION TO TRANSFER**

Pursuant to Local Rule 7(e), Citigroup Global Markets Inc. and Citigroup Inc. (together, "Petitioners") seek leave to file a brief, one-page Sur-Reply which addresses an argument raised by Respondent for the first time on Reply in support of her Motion to Transfer Venue to the Southern District of New York ("Transfer Motion").

On January 27, 2026, Petitioners filed a Petition to Compel Arbitration, Dkt. No. 1, and subsequently, on March 10, 2026, Respondent filed her Transfer Motion. *See* Dkt. No. 14. On March 24, 2026, Petitioners opposed the Transfer Motion. *See* Dkt. No. 16. On March 31, 2026, in her Reply, Respondent argued for the first time, and would have this Court believe, that there is no caselaw supporting that this Court should "deny transfer because the transferee court might not compel arbitration in another district." Dkt. No. 18 at 3.

Petitioners' Sur-Reply, attached to this Motion for Leave as Exhibit B, addresses this erroneous assertion and thus good cause exists for the Court to grant leave to file the Sur-Reply. *See Hix-Hernandez v. Ford Motor Co.*, 2022 WL 2919351, at *1 (W.D. Tex. July 25, 2022)

(“Because Hix-Hernandez responds to arguments Ford raised in its Reply, the Court finds that she has presented good cause to file a sur-reply.”); *Mission Toxicology, LLC v. UnitedHealthcare Ins. Co.*, 499 F. Supp. 3d. 350, 359 (W.D. Tex. Nov. 2020) (“granting leave to file a surreply in extraordinary circumstances on a ‘showing of good cause’ is a viable alternative to the general practice to summarily deny or exclude ‘all arguments and issues first raised in reply briefs.’”) (internal citations omitted). Petitioners thus respectfully ask the Court enter the Proposed Order attached as Exhibit A directing the clerk to file the proposed Sur-Reply which is attached as Exhibit B.

Petitioners’ counsel conferred in good faith with Respondent’s counsel on April 10, 2026, but did not hear back and assumes Respondent opposes the Motion.

Respectfully submitted,

Dated: April 13, 2026

*/s/ Grace E. Speights*
Grace E. Speights (*pro hac vice*)
grace.speights@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (Fax)

T. Cullen Wallace
Texas Bar No. 24072412
Federal Bar No. 1383060
cullen.wallace@morganlewis.com
Nancy L. Patterson
Texas Bar No. 15603520
nancy.patterson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Telephone: 713.890.5000
Facsimile: 713.890.5001

*Attorney for Petitioners Citigroup Global Markets Inc. and Citigroup Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. The undersigned will serve a copy of the foregoing on all counsel of record.

*/s/ Grace E. Speights*
Grace E. Speights