# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. and CITIGROUP INC.,<br><br>Petitioners,<br><br>v.<br><br>JULIA CARREON,<br><br>Respondent. | Civil Action No. 1:26-cv-00194-ADA-DH |

**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR LEAVE**

Before this Court is the Motion for Leave to File Proposed Sur-Reply in Opposition to Respondent's Motion to Transfer (the "Motion"), filed on behalf of Citigroup Global Markets Inc. and Citigroup Inc. (together, "Petitioners"). Having considered the Motion and all relevant subsequent submissions of the parties, the Court hereby **GRANTS** the Motion in its entirety.

It is therefore **ORDERED** that the Clerk shall promptly file Petitioners' Sur-Reply that is enclosed as Exhibit B to the Motion.

SIGNED this ____ day of _______ 2026

____________________________________
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE