**UNITED STATES DISTRICT COURT FOR**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CITIGROUP, INC. and CITIGROUP GLOBAL MARKETS, INC.,** *Plaintiffs* | § | |
| **v.** | § | **No. 1:26-CV-00194-ADA-DH** |
| **JULIA CARREON,** *Defendant* | § | |

**ORDER**

Before the Court is Defendant Julia Carreon's opposed motion to transfer venue, Dkt. 14. Having reviewed the motion, the undersigned enters the following Order.

**IT IS ORDERED THAT** Defendant Julia Carreon's opposed motion to transfer venue, Dkt. 14., is set for an in-person hearing on **Wednesday, October 14 , 2026, at 11:00 a.m.** The parties should be prepared to discuss at the hearing the motion as well as their efforts to solve the dispute that gave rise to it. The hearing will last no more than 1.5 hours with each side afforded 45 minutes to make their arguments.

**IT IS FURTHER ORDERED THAT** the parties shall **meaningfully confer** either in-person or via phone about the issues raised in the motion, and they shall then **jointly file an advisory by noon on Monday, October 12, 2026**.

The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issue. If the parties are able to resolve their dispute prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be canceled. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to Judge Howell's Courtroom Deputy, Victoria Rivera, at victoria_rivera@txwd.uscourts.gov by 5:00 p.m. of the business day prior to the hearing.

**SIGNED** August 12, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE